IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY TERRY,                              No. CIV-S-04-2451 MCE/CMK P

        Plaintiff,

   v.                                      ORDER

JUSTIN WARD, ET AL.,

        Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On November 3, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

///

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2005, are adopted in full; and

2. Defendants California Department of Corrections, Oss, Guilani, Hammerstone, Lucaccini, Mallett, Garrigan, Phillips, Puckett, Mayo, Telschow, Luna, Schultz, Lundeberg, Quinn, Ambrose, and Everett are dismissed from this action, with prejudice.

DATED: December 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE