1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KELLY TERRY,                          No. CIV S-04-2451-MCE-CMK-P

12            Plaintiff,

13       vs.                               <u>ORDER</u>

14   JUSTIN WARD, et al.,

15            Defendants.

16   _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's third amended complaint (Doc. 22).

19   The court is required to screen complaints brought by prisoners seeking relief against a

20   governmental entity or officer or employee of a governmental entity.  <u>See</u> 28 U.S.C. § 1915A(a).

21            In the caption of the third amended complaint, plaintiff names the following as

22   defendants: Justin Ward; Mark Ford; John Couch; Monica Serros; Eduardo Borrows-Jones; Sgt.

23   Malloy; Officer Norris, Officer Smith, Officer Pedrino; Officer Serrano; Lt. Alfonso; and

24   "Psych. Annie."

25   ///

26   ///

1    Plaintiff claims that, on February 23, 2003, he was arrested by defendant Ward.

2 Plaintiff states that he was not read his rights.  Plaintiff next claims that, while in custody at jail,

3 he suffered a "panic or anxiety" attack caused by extreme stress.  Plaintiff states that he was

4 allowed to see a staff psychiatrist (identified in the third amended complaint as defendant

5 "Psych. Annie"), but that she yelled at him, had him strip, and placed plaintiff in an observation

6 cell.  Plaintiff states that he was then moved to a "suicide cell," which was cold, and that the

7 psychiatrist failed to continue to check on him.

8    Next, plaintiff asserts a series of additional allegations concerning his

9 confinement in the San Joaquin County Jail.  Plaintiff states that, while housed at the jail, he

10 often requested psychiatric care.  Specifically, he states that he once requested care in June 2004,

11 but did not receive care until after he was injured in an accident in September 2004.  Plaintiff

12 also states that he was assaulted by "jail staff" in August 2004 and that his personal belongings

13 were improperly confiscated, but later returned (except for some religious materials).

14    As to defendant Borrows-Jones, plaintiff states that he failed to accurately report

15 the August 2004 incident in which plaintiff claims what he was assaulted by defendants Ford and

16 Couch.  As to defendant Serros, plaintiff states that she failed to thoroughly investigate the

17 August 2004 incident.  In particular, plaintiff asserts that she failed to follow the correct

18 procedures with respect to a disciplinary hearing arising from the 2004 incident.  As to

19 defendants Norris, Smith, Pedrino, and Serrano, plaintiff claims that they assaulted him in

20 January 2005.  As to defendant Mallow, plaintiff asserts that he refused to process his inmate

21 grievances.  As to defendant Alfonso, plaintiff merely states that he was responsible for

22 investigating his complaints.

23    The third amended complaint appears to state a cognizable claim for relief

24 pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff

25 has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds

26 that service is appropriate and will direct service by the U.S. Marshal without pre-payment of

1  costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff

2  complies with this order.  Plaintiff is warned that failure to comply with this order may result in

3  dismissal of the action.  See Local Rule 11-110.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1.     Service is appropriate for the following defendant(s):

6          JUSTIN WARD;

7          MARK FORD;

8          JOHN COUCH;

9          MONICA SERROS;

10          EDUARDO BORROWS-JONES;

11          SGT. MALLOY;

12          OFFICER NORRIS,

13          OFFICER SMITH,

14          OFFICER PEDRINO;

15          OFFICER SERRANO;

16          LT. ALFONSO; and

17          "PSYCH. ANNIE;"

18          2.     The Clerk of the Court shall send plaintiff one USM-285 form for each

19  defendant identified above, one summons, an instruction sheet, and a copy of the third amended

20  complaint; and

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

1          3.          Within 30 days of the date of service of this order, plaintiff shall complete

2    the attached Notice of Submission of Documents and submit the following documents to the

3    court:

4                    a.          The completed Notice of Submission of Documents;

5                    b.          One completed summons;

6                    c.          12 completed USM-285 form(s); and

7                    d.          13 copies of the endorsed third amended complaint.

8

9    DATED:   July 5, 2006.

10

11                                                                     _____

12                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

**IN THE UNITED STATES DISTRICT COURT**
5       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6 KELLY TERRY,                     No. CIV S-04-2451-MCE-CMK-P
           Plaintiff,
7         vs.
 JUSTIN WARD, et al.,
8            Defendants.

9 _____/
               NOTICE OF SUBMISSION OF DOCUMENTS
10           Plaintiff hereby submits the following documents in compliance with the court's
 order:
11               __1__          completed summons form;
              ____          completed USM-285 form(s); and
12               ____          copies of the third amended complaint.

13 DATED: _____       _____
                                          Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26