IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY TERRY,                                      No. CIV S-04-2451-MCE-CMK-P

        Plaintiff,

   vs.                                                    <u>ORDER</u>

JUSTIN WARD, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for extension of the discovery cut-off date set forth in the court's November 13, 2006, scheduling order.  Specifically, plaintiff seeks additional time within which to file a motion to compel.  Defendants have not opposed plaintiff's motion.  Good cause appearing therefor, plaintiff's motion will be granted.  The court's scheduling order shall be vacated in order to allow the parties additional time to conduct discovery.

        Given that this case has been at issue since November 2006, the court will by this order set a deadline for the parties to submit separate status reports.  Following submission of status reports, the court will issue a new scheduling order.  The status reports must address the

following:

1. Whether this matter is ready for trial and, if not, why not;

2. Whether additional discovery is deemed necessary and, if so, the nature and scope of the discovery and the time needed in which to complete it;

3. Whether a pretrial motion is contemplated and, if so, the type of motion and the time needed to file the motion and complete the time schedule set forth in Local Rule 78-230(m);

4. A narrative statement of the facts that will be offered by oral or documentary evidence at trial;

5. A list of all exhibits to be offered into evidence at the trial of the case;

6. A list of the names and addresses of all witnesses the party intends to call;

7. A summary of the anticipated testimony of any incarcerated witnesses;

8. The time estimated for trial;

9. Whether either party still requests trial by jury; and

10. Any other matter, not covered above, which the party desires to call to the attention of the court.

The parties are warned that failure to file a status report which addresses the issues set forth above may result in the imposition of appropriate sanctions, including dismissal of the action or preclusion of issues or witnesses.

The parties are informed that they may, if all consent, have this case tried by a United States Magistrate Judge while preserving their right to appeal to the United States Court of Appeals. An appropriate form for consent to trial by a magistrate judge is attached. Any party choosing to consent may complete the form and return it to the clerk of this court. Neither the magistrate judge nor the district judge handling the case will be notified of the filing of a consent form unless all parties to the action have consented.

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed motion for extension of the discovery cut-off date is granted;

2. The November 13, 2006, scheduling order is vacated;

3. Plaintiff's status report shall be filed and served within 90 days from the date of service of this order;

4. Defendants' status report shall be filed within 30 days after service of plaintiff's status report; and

5. The Clerk of the Court is directed to mail to all parties the form "Consent to Proceed Before United States Magistrate Judge," together with the instant order.

DATED: April 18, 2007.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE